UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE ANTHONY WALKER,

     Petitioner,

                                      Case No. 1:20-cv-1220

v.

                                       HONORABLE PAUL L. MALONEY

GREGORY SKIPPER,

     Respondent.

_____/

## **JUDGMENT**

     In accordance with the Order entered this date:

     **IT IS HEREBY ORDERED** that Judgment enters.


Dated:  September 9, 2021                     /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge